Northern District Of Ohio
U.S. Bankruptcy Court
Fed Bldg & US Courthouse
10 East Commerce Street
Youngstown, OH 44503

**Case No. 08−43234−kw**

**In re:**
Carl's Cafe & Catering Inc
**Aka** − Carl's Overlook Restaurant, Carl's Austinburg Steakhouse
PO Box 484
Austinburg, OH 44010

**Social Security No.:**

**Employer's Tax I.D. No.:**
68−0587065

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Andrew W Suhar is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** February 2, 2009 /s/ Kay Woods
Form ohnb136 United States Bankruptcy Judge